UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                             PLAINTIFF

v.                                                                         CRIMINAL ACTION NO.: 3:21-CR-00147-RGJ

DEONETE GREEN                                                                                      DEFENDANT

## SENTENCING MEMORANDUM
*-Filed Electronically-*

      The United States of America, by counsel, files its memorandum in support of sentencing in this action currently scheduled for March 1, 2023. The United States does not object to the offense conduct, sentencing guidelines calculations or criminal history computation set forth in the Final PSR (DN 35). The United States is not aware of any factual issues to be resolved by the Court. The PSR accurately reflects Green's offense conduct including relevant conduct and his role in the offense. Accordingly, the United States will not offer any testimony or evidence at the sentencing hearing.

      At sentencing, the United States will recommend a sentence that is consistent with the terms of the plea agreement in this case, taking into account all relevant information. Green entered a guilty plea to Count 1. Accordingly, the United States will move to dismiss Counts 2-4 at the sentencing hearing. Green faces a mandatory minimum sentence of 10 years under Count 1. The result will be a sentence that is sufficient, but not greater than necessary, to comply with the factors set forth in 18 U.S.C. § 3553(a).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*Robert B. Bonar*

_____
Robert B. Bonar
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7062
robert.bonar@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on February 27, 2023, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system.

*Robert B. Bonar*

_____
Robert B. Bonar
Assistant U.S. Attorney